IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LABQ CLINICAL DIAGNOSTICS, LLC; DART MEDICAL LABORATORY, INC., and COMMUNITY MOBILE TESTING, INC., | ) ) ) ) ) ) ) ) ) ) ) | No. 25-1755 (Senior Judge Bruggink) |
| Plaintiffs, | | |
| v. | | |
| UNITED STATES, | | |
| Defendant. | | |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER THE COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an extension, until February 16, 2026 within which to answer the complaint. Our answer is due December 16, 2025. Counsel for the United States contacted counsel for plaintiffs LabQ, et al (LabQ) by email on December 8 and December 10. We have not received a response.

This case was filed on October 17, 2025, in the middle of the 44-day lapse in Government appropriations. During that time, counsel for the United States was not permitted to work on this matter. Once funding was restored, on November 12, counsel was required to immediately devote her time to administrative tasks required by the end of the lapse. This involved coordinating and conferring among multiple parties to amend briefing schedules, resolve discovery matters, and prepare appropriate motions to do so in response to court orders. Counsel could not turn her attention back to substantive case work until just before the Thanksgiving holiday.

Since then, and during the time in which a responsive pleading would be prepared, counsel's workload has been significant. On December 5, counsel filed a motion for judgment on the administrative record in the bid protest, *Sallyport v. United States,* No. 25-1128 (Fed. Cl.). On December 19, 2025, counsel will be filing a response brief at the Federal Circuit in *Colonial Chevrolet, et al. v. United States,* No. 25-1762 (Fed. Cir.). And on December 22, 2025, counsel is required to file the Government's reply in *Sallyport v. United States,* No. 25-1128.

Counsel has also recently been assigned two new matters in the Court of International Trade which have required attention to preliminary matters including injunction motions and motions to intervene. *Tubos de Acero de Mexico, S.A. et al. v. United States,* No. 25-221 (CIT); *U.S. Steel v. United States,* No. 25-243 (CIT).

Following the winter holidays, for which counsel intends to take pre-planned leave, more time is needed to prepare an adequate response to the complaint. Our response must be drafted in consultation with the agency and will require supervisory review within the Department.

For these reasons, we respectfully request a 62-day extension, until February 16, 2026, to respond to the complaint.

                                              Respectfully submitted,

                                              BRETT M. SHUMATE
                                              Deputy Assistant Attorney General

                                              PATRICIA M McCARTHY
                                              Director

                                              /s William J. Grimaldi
                                              WILLIAM J. GRIMALDI
                                              Assistant Director

                                              /s Margaret J. Jantzen
                                              MARGARET J. JANTZEN
                                              Senior Trial Counsel
Dated: December 12, 2025                 Commercial Litigation Branch

Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7994
E-mail: Margaret.j.jantzen@usdoj.gov

*Attorneys for the United States*
