# In the United States Court of Federal Claims

No. 25-1755

(Filed: March 5, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LABQ CLINICAL DIAGNOSTICS, LLC *et al.*,

     *Plaintiffs*,

v.

THE UNITED STATES,

     *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending is the government's motion (ECF No. 9) to stay all proceedings in this case pending the resolution of all proceedings against plaintiffs in *United States et al, v. LabQ, et al*, No. 22-10313 (S.D.N.Y.) (Judge Liman). The government has represented that plaintiffs do not oppose a stay of this case but only consent to a 90-day stay. For good cause shown, the following is ordered:

1. All proceedings and deadlines in this case are stayed for 90 days.

2. The parties are directed to file a joint status report on June 3, 2026.

        s/Eric G. Bruggink
        ERIC G. BRUGGINK
        Senior Judge

1