# In the United States Court of Federal Claims

No. 25-1755

(Filed: June 4, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LABQ CLINICAL DIAGNOSTICS, LLC *et al.*,

      *Plaintiffs*,

v.

THE UNITED STATES,

      *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In the joint status report (ECF No. 11) filed on June 3, 2026, the parties jointly requested that the court extend the stay in this case for an additional 90 days. For good cause shown, the following is ordered:

1. All proceedings and deadlines in this case are stayed for an additional 90 days.

2. The parties are directed to file a joint status report on September 1, 2026.

        s/Eric G. Bruggink
        ERIC G. BRUGGINK
        Senior Judge