**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LABQ CLINICAL DIAGNOSTICS, LLC *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 25-1755<br><br>Judge Bruggink |

**JOINT STATUS REPORT**

Pursuant to this Court's June 4, 2026 order, the parties respectfully submit this joint status report proposing how this litigation might proceed. This case has been stayed while proceedings against plaintiffs, LabQ Clinical Diagnostics, LLC, Dart Medical Laboratory, Inc., and Community Mobile Testing, Inc. (collectively, LabQ plaintiffs) continue in *United States v. LabQ, et al.,* No. 22-10313 (S.D.N.Y.) (Judge Liman). Defendant, the United States, believes that this case should remained stayed for all the reasons explained in our motion to stay all proceedings. *See* ECF 9. LabQ plaintiffs agree to further stay proceedings in this Court for 60 days and then intend to file an amended complaint.

The parties therefore request that the Court continue to stay these proceedings for an additional 60 days, after which the parties would file a joint status report on November 2, 2026, advising the Court of how they propose proceedings should continue.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/ L. Marc Zell*

L. Marc Zell
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: mzell@fandz.com

Jeffrey E. Michels, Esq.
*Admission application forthcoming*
ZELL & ASSOCIATES INTERNATIONAL ADVOCATES, LLC
1345 6th Avenue 2nd Floor
New York, New York, 10105
Telephone: (212) 971-1349
Email: jmichels@fandz.com

*Counsel for Plaintiffs*

PATRICIA M. McCARTHY
Director

WILLIAM J. GRIMALDI
Assistant Director

*/s/ Margaret J Jantzen*
MARGARET J. JANTZEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-7994
Margaret.j.jantzen@usdoj.gov

*Attorneys for Defendant*

Dated: September 1, 2026