# In the United States Court of Federal Claims

No. 25-1755
(Filed: September 3, 2026)

* * * * * * * * * * * * * * * * * * * * * * * * *
LABQ CLINICAL DIAGNOSTICS, LLC *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' representations made in the joint status report of September 1, 2026, the stay in this matter is hereby continued through November 2, 2026. The parties are directed to file another joint status report on or before November 2, 2026.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge